UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STERLING HOTELS, LLC,

                      Plaintiff(s),

v.                                            Case No. 4:20−cv−10452−SDD−DRG
                                                   Hon. Stephanie Dawkins Davis

SCOTT MCKAY,

                      Defendant(s),
_____

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion to Dismiss – #14

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Stephanie Dawkins Davis *without* oral argument.

Courtesy copies shall be provided directly to chambers as soon as possible.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/T. Hallwood
                                                   Case Manager

Dated:  January 15, 2021